# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Minutes of Proceedings before<br>**DONALD C. NUGENT**<br>United States District Judge | DATE: July 21, 2021<br><br>CASE NO. 1:21 CR 24-2<br><br>COURT REPORTER: Shirle Perkins<br><br>CHANGE OF PLEA |

UNITED STATES OF AMERICA

    -VS-

ANDREW HOUSEHOLDER

APPEARANCES:    Plaintiff: Kevin Pierce
                          Defendant: Cory Hinton

PROCEEDINGS: The defendant changed his plea to guilty to Count One and Count Eight of the Indictment. Written plea agreement executed. Plea agreement read in open Court. The defendant is referred to the United States Pretrial and Probation Department for the preparation of a Presentence Report. Sentencing in this matter is scheduled for November 18, 2021 at 10:30 am.

                                                                         /s/ Steven L. Marshall
                                                                         Courtroom Deputy

Length of Proceedings: <u>30 minutes</u>